CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES HARRIS, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CIVIL NO. 3:26-cv-00179-TSH <br><br> **STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONFIRM RESPONSE DATE** |

IT IS HEREBY STIPULATED, by and between the parties with the Court's approval, that Defendant's response to Plaintiff's complaint is 14 days from the date this Court approves Plaintiff's application to proceed in forma pauperis (IFP).

Under the Supplemental Rules for Social Security Actions, Rule 4, an answer must be served on the plaintiff within 60 days after the Commissioner receives notice of the action. An answer may be limited to a certified copy of the administrative record. *See* Supplemental Rules for Social Security Actions.

STIPULATION TO CONFIRM RESPONSE DATE
[3:26-cv-00179-TSH]                    1

However, in this case Plaintiff's IFP motion is still pending before this Court. To institute an action in federal court, a plaintiff has to pay a filing fee OR be granted leave to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a), 28 U.S.C. Section 1915(a). Thus, Defendant understands that a case does not truly begin in federal court until the plaintiff has either paid the filing fee or the court has granted the IFP petition.

The parties request that the Court order that the due date for Defendant to file a certified copy of the administrative record be within 14 days after the Court grants Plaintiff's IFP application or Plaintiff pays the filing fee.

Respectfully submitted,

Dated: March 11, 2026                    By: */s/ Kyle Kitson*
                                         KYLE KITSON
                                         (Per Authorization)
                                         Attorney for Plaintiff

Dated: March 11, 2026                    CRAIG H. MISSAKIAN
                                         United States Attorney

                                         MATHEW W. PILE
                                         Head of Program Litigation 1

                                         By: s/ *Erin Highland*
                                         Erin Highland
                                         Special Assistant United States Attorney
                                         Program Litigation1 | Law and Policy

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

STIPULATION TO CONFIRM RESPONSE DATE
[3:26-cv-00179-TSH]                    2

**<u>ORDER</u>**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  March 11, 2026

_____
THE HONORABLE THOMAS S. HIXSON
United States Magistrate Judge

STIPULATION TO CONFIRM RESPONSE DATE
[3:26-cv-00179-TSH]                    3